# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**CHAUNCEY D. CARVEY**

    vs.                    **CASE NUMBER: 5:06-CV-737 (NAM)**

**MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY**

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the decision denying disability benefits be AFFIRMED, defendant's Motion for Judgment on the Pleadings is GRANTED, and plaintiff's complaint is DISMISSED in its entirety.

All of the above pursuant to the order of the Honorable Judge Norman A. Mordue, dated the 30th day of September, 2009.

DATED: September 30, 2009

                                                Clerk of Court

                                                s/

                                                Joanne Bleskoski
                                                Deputy Clerk